PETER OCHENKOWSKI v. RUSSELL'S AUTO BODY.

January 14, 1975. Petition for certification denied.

TOWNSHIP OF DOVER v. ADOLF BRUZZONE.

January 14, 1975. Petition for certification denied.

AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, COUNCIL #73 v. STATE OF NEW JERSEY.

January 14, 1975. Petition for certification granted.

ROSE V. FERRY v. BOARD OF REVIEW.

January 29, 1975. Petition for certification denied. (See 131 *N. J. Super.* 99)

SERVICE ARMAMENT CO. v. WILLIAM F. HYLAND.

January 29, 1975. Petition for certification granted. (See 131 *N. J. Super.* 38)

STATE OF NEW JERSEY v. WAYNE K. GODFREY.

January 29, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted. (See 131 *N. J. Super.* 168)